MAUREEN A. ENMARK, 124857
San Diego Bankruptcy Law Firm
2550 5th Ave., Suite 520
San Diego, CA 92103
Telephone: 619-260-1800
Facsimile: 619-810-0555

ATTORNEY FOR DEBTOR

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:                                              ) Bankruptcy No.: 14-06295-LA7
                                                    )
Rodney Underhill,                                   )
                                                    ) DECLARATION OF RODNEY
                    Debtor.                         ) UNDERHILL CONCERNING EARDISH
                                                    ) PATENT FILES AND ASSETS
                                                    )

I, Rodney Underhill, declare and state as follows:

1. I am the debtor in the above-entitled bankruptcy proceeding.

2. If called as a witness in this proceeding, I could and would testify to the following as being within my personal knowledge except where stated to be upon information and belief.

3. As part of discovery in <u>Underhill v. EarDish</u>, San Diego County Superior Court Case 37-2013-00031506-CU-DE-CTL ("wage and hour case"), I produced the following items:

    a. Documents that were Bates stamped UNDERHILL 0001 through 06059;

    b. An iPad tablet belonging to EarDish;

    c. An iMac computer belonging to EarDish.

- 1 -
DECLARATION OF RODNEY UNDERHILL CONCERNING
EARDISH PATENT FILES AND ASSETS

4. The documents that were produced included emails; patent related emails, notes and documents on filed patents and inventions that had not yet been filed as patent applications; documents sent from me and to me by employees that I managed; documents sent to me by EarDish executives; documents sent from me and to me by outside third parties relating to EarDish business and intellectual property matters at the direction of the CEO; and various research documents that I was asked by EarDish to research and compose.

5. The iPad tablet and iMac computer contained various files relating to patents and invention related documents.

6. The EarDish assets described above that were returned in the wage and hour case represent all patent/invention related materials I believe I possessed at the time I left the employ of EarDish. I do not believe I intentionally shared any details of these intellectual property assets with non-EarDish parties with the exception of my legal counsel.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   10/20/2014



Rodney Underhill

DECLARATION OF RODNEY UNDERHILL CONCERNING
EARDISH PATENT FILES AND ASSETS